**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DOMINIQUE JACKSON, | ) |
| Plaintiff, | ) Case :1:24-cv-05411 |
| v. | ) |
| SOUTH SUBURBAN COUNCIL ON ALCOHOLISM & SUBSTANCE ABUSE, | ) Jury Trial Demanded |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Dominique Jackson ("Plaintiff") and South Suburban Council on Alcoholism & Substance Abuse ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 19th day of August, 2025.

AGREED TO BY:

/s/ *Travis P. Lampert,*
Travis P. Lampert, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
tlampert@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ *Gregory T. Mitchell (With Consent)*
Gregory T. Mitchell, Esq.
19150 Kedzie Ave., Ste 205
Homewood, IL 60430
Phone: (708) 799-9325
mitchlaw00@comcast.net
*Attorney for Defendant*

.